1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

15

BRANDON JAMES MERRILL,

Plaintiff,

v.

TRAVIS DAVIS, et al.,

Defendants.

CASE NO. 3:21-cv-05803-TL-MLP

ORDER ADOPTING REPORT AND
RECOMMENDATION

16

17

18

19

Having reviewed the Report and Recommendation of the Honorable Michelle L.

Peterson, United States Magistrate Judge, having received no objections or responses to that, and

having reviewed the remaining record, the Court finds and ORDERS:

20

21

22

23

24

(1) The Court ADOPTS the Report and Recommendation.

(2) Plaintiff's amended complaint (Dkt. No. 7) and this action are DISMISSED.

(3) The Clerk shall enter judgment and close the case.

(4) The Clerk is DIRECTED to send copies of this Order to Plaintiff.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

1      Dated this 13th day of April 2022.

2

3                                                    _____
                                                     Tana Lin
4                                                    United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER ADOPTING REPORT AND RECOMMENDATION - 2